AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

ZACHARY SCHROEDER

V.

ARS NATIONAL SERVICES, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number:  10-CV-4239 (JRT/FLN)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-entitled action by Plaintiff may be and hereby is DISMISSED WITH PREJUDICE and on the merits without costs, disbursements or attorney's fees to any party.

|  |  |
|---|---|
| April 25, 2011 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/L. Brennan |
| (By) | L. Brennan,   Deputy Clerk |